In The United States District Court
For the Middle District of Georgia
Albany Division

Joseph Gerard Ausgood,
　　Petitioner

v.　　　　　　　　　　　　　CASE NO:

State of Georgia,
　　Respondent

## Motion For Writ of Habeas Corpus

Comes Now, Joseph Gerard Ausgood, hereinafter Petitioner, and files this his motion for writ of habeas corpus and shows as follows:

1.) That on Monday, October 31st, 2022, Petitioner reluctantly entered a negotiated plea of guilty to Aggravated Assault, Hon. Judge Chason presiding.

2.) That Petitioner never enjoyed an intimate process of consultation and planning which would possibly have culminated in a state of trust and confidence between client and attorney.

3.)
The client-attorney relationship never appeared to be independent of the source of compensation. Petitioner's court-appointed counsel never exemplified responsibility to Petitioner whom counsel undertook to represent. Rather, counsel showed more interest and loyalty to the prosecution or agency which pays for the service.

4.)
Petitioner has suffered an invidious discrimination arising merely from his poverty.

## IN CONCLUSION

Petitioner prays that this honorable and just Court remand his case back to the trial Court for review and a continuance and an admission to bail and aside from constitutional considerations, Petitioner also prays that this honorable and just Court does not hesitate to exercise it's supervisory power over the trial Court to insure that a professional performance in defense advocacy

2 of 1   JGA

by the bar is not chilled in the jurisdiction of the South Georgia Judicial Circuit.

Respectfully submitted,
This 4 day of November 2022.

Joseph Aussou
Joseph Aussou